PROB 12C
(7/93)

**FILED**

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

JAN 3 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Todd Kevin Vick                                    Case Number: DR-20-CR-00509 (01)

Name of Sentencing Judicial Officer:   Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence:   December 15, 2020

Date of Revocation: January 31, 2023

Original Offense: Conspiracy to Transport Illegal Aliens Placing Lives in Jeopardy, in violation of 8 U.S.C. § 1324

Original Sentence: 30 months imprisonment and 3 years supervised release

Sentence at Revocation: 12 months imprisonment and 24 months supervised release

Type of Supervision:   Supervised Release              Date Supervision Commenced:   August 15, 2023

Assistant U.S. Attorney:   Brett Miner      Defense Attorney:    Dalila Padilla Paxton

## PREVIOUS COURT ACTION

On October 6, 2023, a Report on Offender Under Supervision (Prob 12A) was filed with the Court to notify that defendant committed two Location Monitoring Violations in September 2023 by not returning his residence in accordance to his approved schedule.

On November 29, 2023, a Report on Offender Under Supervision (Prob 12A) was filed with the Court to notify that defendant committed a Location Monitoring Violation on November 9, 2023, by leaving his residence without permission. The Court noted "*Last Chance.*"

A true copy of the original, I certify
Clerk, U.S District Court

By: AO
    Deputy Clerk

## PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall participate in the Location Monitoring Program and home confinement for a term not to exceed Six (6) months, which will include remote location monitoring using Active Global Positioning Satellite (GPS) tracking. The defendant shall abide by the rules and regulations of the Participant Agreement Form. During this time, the defendant shall remain at the place of residence except for employment and other activities approved in advance by your probation officer. The defendant shall maintain a telephone at the place of residence without "caller ID," "call forwarding," "call waiting," "call back/call block," a modem or a portable cordless telephone for the above period as instructed by the probation officer. At the instruction of the probation officer, the defendant shall wear a transmitter and be required to carry a tracking device. The defendant shall pay for the costs of the program** |

based on ability to pay. **Standard Condition No. 2. The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.**

On September 29, 2023, and September 30, 2023, the probation officer received alerts advising the defendant had not returned to his residence in accordance to his approved schedule. A review of defendant's global positioning satellite (GPS) points revealed he stopped at restaurants prior to returning home from work. The defendant was not approved by the probation officer to go to these restaurants after his work shift. The defendant was verbally admonished by the probation officer for his actions, and he was reminded of the rules of his location monitoring term. (Reported to the Court on October 6, 2023)

On November 9, 2023, the probation officer received an alert from the location monitoring provider indicating that the defendant violated his location monitoring schedule by leaving his residence without permission. The defendant was contacted by the probation officer and questioned about why he left his residence. The defendant admitted he left to get gasoline for his vehicle, and he stated he forgot to request permission to do this from the probation office. A review of the defendant's GPS points during the time he was away from his residence revealed the defendant went to two gas stations and a smoke shop before returning to his residence. (Reported to the Court on November 29, 2023)

On December 1, 2023, the probation officer received an alert from the location monitoring provider indicating that the defendant violated his location monitoring schedule by leaving his residence without permission. The defendant was contacted by the probation officer and questioned about why he left his residence. The defendant admitted he left to take out the trash and push a vehicle that had broken down. A review of his GPS points revealed the defendant was in another residence before returning to his residence after approximately 41 minutes.

2. **Special Condition No. 3: The defendant shall participate in a substance abuse treatment program and follow the rules of that program. The program shall include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, ect.) The defendant shall pay the cost of such treatment if financially able.**

On December 11, 2023, the probation officer was notified by the offender's counselor that he missed three group sessions. The offender failed to contact his counselor to provide a reason why he missed his group sessions.

U.S. Probation Officer Recommendation: During the term of his supervision, the offender has been supervised by the United States Probation Office in the Southern District of Iowa. Despite being repeatedly reminded of the importance of strictly adhering to the location monitoring protocol, the offender has continued to violate his schedule. As evidenced by his actions above, Mr. Vick does not appear to understand the seriousness of his Court ordered responsibilities. Therefore, it is respectfully recommended that a supervised release violation warrant be issued in this matter.

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __24 months__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:                                                    Respectfully Submitted,

*[signature: D.P. Kohut]*                                    *[signature: Rolando C. Ruiz]*

Darren P. Kohut                                              Rolando C. Ruiz
Supervising U.S. Probation Officer                           Senior U.S. Probation Officer
                                                             Date:   December 22, 2023
                                                             Telephone #: 830-703-2089, ext. 6372

Approved:

*[signature: James T. Ward]*

James T. Ward
Supervisory Assistant U.S. Attorney

cc:   Andrew Gonzales
      Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a WARRANT.   Bond is set in the amount of $ _Detain_ cash/surety with supervision
                                by the United States Probation Office to continue as a condition of release.
☐ The issuance of a summons.
☐ Other _____

*[signature]*

Honorable Alia Moses
Chief United States District Judge

January 3, 2024
Date